UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

DIANA FERTILIEN,
JESSICA MARTIN,

       Plaintiffs,

v.

UNITED STATES POSTAL SERVICE,

       Defendant.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiffs, DIANA FERTILIEN and JESSICA MARTIN, bring this action against Defendant, UNITED STATES POSTAL SERVICE, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and allege as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1339, 28 U.S.C. § 1331, and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiffs DIANA FERTILIEN and JESSICA MARTIN were residents of the State of Florida and "employees" of Defendant as defined by the FLSA.

3. At all times material hereto, Plaintiffs engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA.

4. At all times material hereto, Defendant, UNITED STATES POSTAL SERVICE, was a federal government agency engaged in commerce delivering mail, at all times material hereto was the "employer" of Plaintiffs as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5.  Two or more of Defendant's employees handled tools, supplies, and equipment manfuactured outside Florida in furthernace of their business including but not limited to phones, computers, computer monitors, computer keyboards, computer mice, pens, and paper.

6.  Plaintiff DIANA FERTILIEN worked for Defendant as a temporary carrier assistant.

7.  Plaintiff JESSICA MARTIN worked for Defendant as a temporary carrier assistant.

8.  Defendant failed to pay Plaintiff DIANA FERTILIEN's full and proper overtime wages of 1.5 times her regular hourly rate for hours worked over 40 each week.

9.  Defendants failed to pay Plaintiffs' full and proper minimum wages.

10. Attached as <u>Exhibit A</u> and <u>Exhibit B</u> are preliminary calculations of Plaintiffs' claims. These amounts may change as Plaintiffs engage in the discovery process.

11. Defendant has knowingly and willfully refused to pay Plaintiffs' legally-entitled wages.

12. Plaintiffs have complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

13. Plaintiffs have retained the services of the undersigned and are obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")

14. Plaintiffs reallege and incorporate the allegations set forth in paragraphs 1-13 above as if set forth herein in full.

15. Plaintiffs allege this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiffs are entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay,[1] and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

---

[1] As to Plaintiff DIANA FERTILIEN.

16. Plaintiffs seek recovery of damages as referenced above and further seek interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiffs demand judgment against Defendant plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791